**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD SERGEON,

        Plaintiff,

vs.                                         Case No. 3:09-cv-1113-J-32JBT

HOME LOAN CENTER, INC.,
Et al.,

        Defendants.

## ORDER

This case is before the Court on the Magistrate Judge's October 26, 2010 Report and Recommendation (Doc. 45), recommending that this case be stayed until final conclusion of the state court foreclosure action.  Plaintiff filed objections to the Report and Recommendation (Doc. 48) to which defendants responded (Docs. 49 and 51).  Upon independent review of the file, it is hereby

**ORDERED**:

1. Plaintiff's objections to the Report and Recommendation (Doc 48) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (Doc. 45) is **ADOPTED** as the opinion of the Court.

2. The Court will **ABSTAIN** until the final conclusion of the state court foreclosure action**.**

3. The Clerk shall administratively close the file, subject to reopening if either party files a notice that the state court matters have concluded.

4. Additionally, Aurora Loan Services shall provide status reports beginning **April 1, 2011**, and every sixty (60) days thereafter until the state court matters are complete.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of January, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record
pro se parties